MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                                :
SALI ASLLANI,                   :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   07 Civ. 8408 (RJS)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2\5\08

IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from February 4, 2008 to

and including March 7, 2008. The reason for the request is because

defendant's counsel has not yet been able to complete his review of
the administrative record.  One previous extension has been granted
in this case.

Dated:   New York, New York
         January 23 , 2008

                         INSLER & HERMANN, LLP
                         Attorneys for Plaintiff


                    By: _____
                         GABRIEL J. HERMANN, ESQ.
                         80 Grasslands Road - Suite 102
                         Elmsford, New York   10523
                         Telephone No.: (914) 286-3030

                         MICHAEL J. GARCIA
                         United States Attorney
                         Southern District of New York
                         Attorney for Defendant


                    By: _____
                         JOHN E. GURA, JR.
                         Assistant United States Attorney
                         86 Chambers Street - 3rd Floor
                         New York, New York   10007
                         Telephone No.: (212) 637-2712
                         John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2/4/08