## INSLER & HERMANN, LLP
Attorneys at Law
80 Grasslands Road, Suite 102
Elmsford, New York 10523

Dutchess County Office
1207 Route 9
Wappingers Falls, NY 12590
(845) 298-0065

Lewis B. Insler
Gabriel J. Hermann*
*Admitted in NY & NJ

Phone (914) 286-3030
Fax   (914) 592-2726

Bergen County Office
1 University Plaza
Hackensack, NJ 07601
(201) 862-9700



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

March 28, 2008

Hon. Richard J. Sullivan, USDJ
500 Pearl St.
Room 615
New York, NY 10007

07 CV 8408 (RJS)

Re:   Sali Asllani, v Michael J. Astrue

Honorable Sir:

The Defendant has filed his answer and the administrative transcript in the above matter, a claim for Social Security Disability benefits. I have discussed this matter with the Assistant United States Attorney and we have agreed upon the following briefing schedule; that we ask the Court to endorse:

| | |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings due | May 16, 2008 |
| Defendant's Cross Motion for JOP due | June 16, 2008 |
| Plaintiff's reply brief (optional) due | June 30, 2008 |

All motions would be upon submission, without oral argument unless requested by the Court.

Please advise the undersigned if this is acceptable. We look forward to your reply.

SO ORDERED
Dated: 4/1/08
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted

Lewis B. Insler

CC: John Gura, AUSA