MEMO ENDORSED

**INSLER & HERMANN, LLP**
Attorneys at Law
80 Grasslands Road, Suite 102
Elmsford, New York 10523
Phone (914) 286-3030
Fax   (914) 592-2726

Dutchess County Office
1207 Route 9
Wappingers Falls, NY 12590
(845) 298-0065

Lewis B. Insler
Gabriel J. Hermann*
* Admitted in NY & NJ

Bergen County Office
1 University Plaza
Hackensack, NJ 07601
(201) 862-9700

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/08

May 1, 2008

Hon. Richard J. Sullivan
USDJ, SDNY
500 Pearl St.
Room 615
New York, NY 10007

Re:   **Sali Asllani v Astrue  07 CIV 8408**

Honorable Sir,

Plaintiff's brief and motion for Judgment on the Pleadings is due on May 16, 2008 in this Social Security Disability matter. I have been in touch with John Gura, AUSA who indicates that his client is considering remanding this matter for further administrative proceedings.

Because of the time it will take for them to finally decide if they will be remanding, Mr. Gura and I would ask the Court to move all dates found in the March 28th scheduling letter forward by 30 days. Obviously it is our hope that the matter will be settled by that time.

Thank you for your cooperation. Please contact the undersigned if you have any questions.

SO ORDERED
Dated: 5/5/08
RICHARD J. SULLIVAN
USDJ

Respectfully submitted
Lewis B. Insler

CC: John Gura, AUSA

www.nymetrodisability.com