ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
SALI ASLLANI,                     :
                                  :
                Plaintiff,        :
                                  :
        - v. -                    :
                                  :  STIPULATION AND ORDER
MICHAEL J. ASTRUE,                :  07 Civ. 8408 (RJS)
Commissioner of                   :
Social Security,                  :
                                  :
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that this

action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       May  , 2008

                        INSLER & HERMANN, LLP
                        Attorneys for Plaintiff

By: _____
GABRIEL J. HERMANN, ESQ.
80 Grasslands Road - Suite 102
Elmsford, New York  10523
Telephone No.:(914) 286-3030

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
5/22/08